**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7825**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WILLIAM TERRENCE CROSS,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca Beach Smith, District Judge. (2:03-cr-00010-RBS-1)

Submitted: January 14, 2010        Decided: January 21, 2010

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Terrence Cross, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Terrence Cross appeals the district court's order denying his Fed. R. Civ. P. 60(b)(4) motion to void his criminal judgment. We have reviewed the record and find no reversible error. We note that Cross attempted to use a civil rule to attack his criminal judgment and that he has submitted the federal jurisdiction argument numerous times and has not demonstrated error. Accordingly, we affirm the district court's order. United States v. Cross, No. 2:03-cr-00010-RBS-1 (E.D. Va. Sept. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED